### Eliseo SOTO–LIZARDI, Claimant–Appellant,

v.

### Anthony J. PRINCIPI, Secretary of Veterans Affairs, Respondent–Appellee.

### No. 02–7375.

United States Court of Appeals, Federal Circuit.

July 26, 2004.

Kyle E. Chadwick, Principal Attorney, David M. Cohen, Franklin E. White, Jr., of Counsel, Washington, DC, for Respondent–Appellee.

Daniel G. Krasnegor, Principal Attorney, Wright, Robinson, Washington, DC, for Claimant–Appellant.

*ORDER*

Upon consideration of the appellant's unopposed motion to voluntarily dismiss this appeal,

IT IS ORDERED THAT:

(1) The motion to dismiss is granted.

(2) Each side shall bear its own costs.